**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>AMERICAN TRAFFIC SOLUTIONS, INC.,<br><br>   Defendant. | Civil Action No. _____<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF JOAO CONTROL & MONITORING SYSTEMS, LLC'S
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Plaintiff Joao Control & Monitoring Systems, LLC, pursuant to Federal Rule of Civil Procedure 7.1, states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

\

\

Respectfully submitted this 15th day of February 2013.

*Attorneys for Plaintiff*
*Joao Control & Monitoring Systems, LLC*

|  |  |
|---|---|
|  | */s/ Stamatios Stamoulis* |
| **STAMOULIS & WEINBLATT LLC** | Stamatios Stamoulis #4606 |
|  | stamoulis@swdelaw.com |
|  | Richard C. Weinblatt #5080 |
|  | weinblatt@swdelaw.com |
|  | Two Fox Point Centre |
|  | 6 Denny Road, Suite 307 |
|  | Wilmington, DE 19809 |
|  | Telephone: (302) 999-1540 |
|  |  |
| **HENINGER GARRISON DAVIS, LLC** | Jonathan R. Miller, *Pro Hac Vice* Anticipated |
|  | Email: jmiller@hgdlawfirm.com |
|  | 3621 Vinings Slope, Suite 4320 |
|  | Atlanta, Georgia  30339 |
|  | Telephone:  (404) 996-0863 |
|  | Facsimile:  (205) 547-5506 |
|  |  |
|  | Steven W. Ritcheson, *Pro Hac Vice* Anticipated |
|  | Email: switcheson@hgdlawfirm.com |
|  | Joseph C. Gabaeff, *Pro Hac Vice* Anticipated |
|  | Email: jgabaeff@hgdlawfirm.com |
|  | 9800 D Topanga Canyon Boulevard, #347 |
|  | Chatsworth, CA 91311 |
|  | Telephone:  (205) 326-3336 |
|  | Facsimile:  (205) 326-333 |