IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN TRAFFIC SOLUTIONS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)  C.A. No. 13-243-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CITATION OF SUBSEQUENT AUTHORITY
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE
ALTERNATIVE, TO TRANSFER OR STAY**

Pursuant to Local Rule 7.1.2(b), Defendant American Traffic Solutions ("ATS") hereby submits this citation to a subsequent authority, the attached July 15, 2013 Memorandum and Order of the U.S. District Court for the Southern District of New York in <u>Joao Control & Monitoring Systems, LLC v. City of Yonkers et al.</u>, Case No. 12-CV-7734 (KBF), involving both parties to this action. This citation to subsequent authority is submitted in support of ATS's motion to dismiss, or in the alternative, to transfer or stay this action, D.I. 6.

                                                   ASHBY & GEDDES

                                                   */s/ John G. Day*

                                                   _____
                                                   John G. Day (#2403)
                                                   Tiffany Geyer Lydon (#3950)
                                                   Andrew C. Mayo (#5207)
                                                   500 Delaware Avenue, 8th Floor
                                                   P.O. Box 1150
                                                   Wilmington, DE  19899
                                                   (302) 654-1888
                                                   jday@ashby-geddes.com
                                                   tlydon@ashby-geddes.com
                                                   amayo@ashby-geddes.com

                                                   *Attorneys for Defendant*

*Of Counsel:*

Brian C. Park
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
(206) 624-0900

Steven E. Klein
Nathan C. Brunette
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
(503) 224-3380

Dated: July 17, 2013