**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN TRAFFIC SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 1:13-cv-00243-GMS |

## STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Joao Control & Monitoring Systems, LLC and Defendant American Traffic Solutions, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITHOUT PREJUDICE with each party to bear its own costs, expenses and attorneys' fees.  Both parties agree the causes of action propounded in this action are henceforth brought for litigation in Civil Action No. 1:12-cv-7734 in the Southern District of New York.

Dated:  September 18, 2013         */s/ Stamatios Stamoulis*
                                   Stamatios Stamoulis #4606
                                   *stamoulis@swdelaw.com*
                                   Richard C. Weinblatt #5080
                                   *weinblatt@swdelaw.com*
                                   **STAMOULIS & WEINBLATT LLC**
                                   Two Fox Point Centre
                                   6 Denny Road, Suite 307
                                   Wilmington, DE 19809
                                   Telephone: (302) 999-1540

                                   *Attorneys for Plaintiff
                                   Joao Control & Monitoring Systems, LLC*

Jonathan R. Miller, (*Pro Hac Vice* Anticipated)
*jmiller@hgdlawfirm.com*
**HENINGER GARRISON DAVIS, LLC**
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0863

Steven W. Ritcheson, (*Pro Hac Vice* Anticipated)
*swritcheson@hgdlawfirm.com*
Joseph C. Gabaeff, (*Pro Hac Vice* Anticipated)
*jgabaeff@hgdlawfirm.com*
**HENINGER GARRISON DAVIS, LLC**
9800 D Topanga Canyon Boulevard, #347
Chatsworth, CA 91311
Telephone: (205) 326-3336

*/s/ John G. Day*
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
**ASHBY & GEDDES**
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: 302-654-1888

Brian C. Park
**STOEL RIVES LLP**
600 University Street, Suite 3600
Seattle, Washington 98101
Tel: 206-624-0900

Nathan C. Brunette
Steven E. Klein
**STOEL RIVES LLP**
900 SW Fifth Ave., Suite 2600
Portland, Oregon 97204
Tel: 503-224-3380

*Attorneys for Defendant*
*American Traffic Solutions, Inc.*

SO ORDERED this ___ day of _____, 2013.

 United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2013, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

>/s/ Stamatios Stamoulis
>Stamatios Stamoulis